# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zainey, Jay C. | USDC, Eastern District of LA | 05/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

500 Poydras Street
C-455
New Orleans, LA 70130

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Active Participant | God's Special Children |
| 2. | Active Participant | Homeless Experience Legal Protection (HELP) Program |
| 3. | President | St. Andrew's Village, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Source - Greater New Orleans Expressway Commission (GNOEC) Type - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hancock Whitney Bank | Continuing guarantee regarding loan to St. Andrew's Village, Inc. | M |
| 2. JP Morgan Chase | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property #1, Metairie, LA - $383,500 | E | Rent | N | S | | | | | |
| 2. Rental Property #2, New Orleans, LA - $383,900 | D | Rent | N | S | | | | | |
| 3. Rental Property #3, New Orleans, LA | C | Rent | | | Sold | 03/06/20 | N | G | |
| 4. Rental Property #4, New Orleans, LA - $374,600 | D | Rent | N | S | Buy | 08/25/20 | N | | |
| 5. JP Morgan Accounts (3) Cash-Equivalent | A | Interest | M | T | | | | | |
| 6. Sun Life Financial - Fixed Premium Whole Life #1 | A | Interest | M | T | | | | | |
| 7. Sun Life Financial - Fixed Premium Whole Life #2 | A | Interest | J | T | | | | | |
| 8. Sun Life Financial - Fixed Premium Whole Life #3 | A | Interest | K | T | | | | | |
| 9. Transamerica Life Ins Co - Fixed Retirement Annuity | A | Interest | | | Matured | 04/30/20 | N | | |
| 10. Delaware Life Ins Co - Fixed Retirement Annuity #2 | C | Interest | M | T | | | | | |
| 11. Jackson National Life Ins. - Fixed Retirement Annuity #2 | B | Interest | L | T | | | | | |
| 12. Jackson National Life Ins. - Fixed Retirement Annuity #3 | B | Interest | K | T | | | | | |
| 13. Jackson National Life Ins. - Fixed Retirement Annuity #4 | B | Interest | K | T | | | | | |
| 14. Jackson National Life Ins. - Fixed Retirement Annuity #5 | B | Interest | K | T | | | | | |
| 15. Jackson National Life Ins. - Fixed Retirement Annuity #6 | B | Interest | K | T | | | | | |
| 16. Jackson National Life Ins. - Fixed Retirement Annuity #7 | B | Interest | K | T | | | | | |
| 17. Jackson National Life Ins. - Fixed Retirement Annuity #8 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Jackson National Life Ins. - Fixed Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 19. | IRA #1 - State Street Bank & Trust - JP Morgan 1138/Diversified Fund-A | D | Dividend | M | T | | | | | |
| 20. | IRA #2 - State Street Bank & Trust - JP Morgan 1138/Diversified Fund-A | C | Dividend | K | T | | | | | |
| 21. | Sun Life Financial - Common Stock | A | Dividend | K | T | | | | | |
| 22. | Khoder International Brokerage, LLC - inactive | | None | J | U | | | | | |
| 23. | Jackson National Life Ins - Fixed Retirement Annuity #10 | B | Interest | K | T | | | | | |
| 24. | Jackson National Life Ins - Fixed Retirement Annuity #11 | A | Interest | K | T | | | | | |
| 25. | Jackson National Life Ins - Fixed Retirement Annuity #12 | B | Interest | K | T | | | | | |
| 26. | Jackson National Life Ins - Fixed Retirement Annuity #13 | A | Interest | K | T | | | | | |
| 27. | Whitney Bank Accounts (2) Cash-Equivalent | C | Interest | N | T | | | | | |
| 28. | Iberiabank - Certificate of Deposit | A | Interest | | | Matured | 04/24/20 | L | | |
| 29. | American Airlines Group Common Stock | | None | J | T | Buy | 05/15/20 | J | | |
| 30. | Southwest Airlines Co Common Stock | | None | J | T | Buy | 05/15/20 | J | | |
| 31. | Sagicor - Fixed Retirement Annuity | C | Interest | N | T | Buy | 05/01/20 | N | | |
| 32. | Athene - Fixed Retirement Annuity | B | Interest | M | T | Buy | 04/30/20 | M | | |
| 33. | IberiaBank Certificate of Deposit (X) | A | Interest | L | T | | | | | |
| 34. | Gulf Coast Bank Account Cash-Equivalent (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/01/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jay C. Zainey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544